UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BOBBIE JO CARTER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CAUSE NO. 1:17-CV-036-PPS-SLC ) |
| SUPERINTENDENT, | ) ) ) |
| Respondent. | ) |

## OPINION AND ORDER

Bobbie Jo Carter, a *pro se* prisoner, housed at the Indiana Women's Prison, filed a habeas corpus petition challenging a disciplinary proceeding that was conducted by a Disciplinary Hearing Officer (DHO) at that facility, which is located in the geographical boundaries of the United States District Court for the Southern District of Indiana. [DE 1.] Because Carter was found guilty at—and is still housed in—a prison located within the jurisdiction of the United States District Court for the Southern District of Indiana, this case should have been brought there. "[I]n the interests of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a).

For these reasons, this case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana.

**SO ORDERED**.

ENTERED: February 1, 2017

                                                   s/ Philip P. Simon
                                                   **PHILIP P. SIMON, CHIEF JUDGE**

UNITED STATES DISTRICT COURT